## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ERIC FLORES, *pro se,*

    Plaintiff,

v.                                                   Case No: 5:14-cv-451-Oc-30PRL

UNITED STATES ATTORNEY
GENERAL, UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES and PUBLIC
HEALTH SERVICE,

    Defendants.

## ORDER OF DISMISSAL

    Before the Court is the Complaint (Dkt. No. 1) and Motion for Leave to Proceed *in Forma Pauperis* (Dkt. #2).  Upon review and consideration, the Court concludes that this case is frivolous and without merit.  Plaintiff Eric Flores, proceeding *pro se*, alleges that his family members and friends are being "tortured" through a genetic code sent through a satellite which causes them to become physically or mentally ill.  It appears that Flores and his family members reside in Texas and there is no connection whatsoever to Ocala, Florida.  Flores asserts jurisdiction under the Federal Tort Claims Act ("FTCA") and discusses federal constitutional claims but his "torture" claims have no relation to the FTCA or any other viable legal claim.

    In sum, Flores' complaint is frivolous on its face.  Notably, on November 5, 2012, Flores filed a similar action in the Middle District of Florida Orlando Division.  The

Orlando action was also dismissed at the complaint stage based on its frivolousness. *See Eric Flores v. United States Attorney General, et al.*, 6:12-cv-1659-PCF-DAB, at Dkt. Nos. 5 & 6.

It is therefore **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of August, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-451 dismissal.docx

2